JUDGE CARTER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIPLING APPAREL CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOADING BAIGOU XINCHENG YOUNUO TRADING CO., LTD, Shenzhen XinYu Innovation Technology Ltd., TRAVISTAR, TINY CHOU, Shenzhen Fancier Industrial Co., Ltd. (d/b/a Fansela), Bagtopia, KESEE, Melord, Baisite Mall, Degohome, ITESOON, Big Mango, CHUANGLI, Cloth Shake, Dijinghao Shop a/k/a DJHbuy, Eaglebeky, Ecolaki, Edfamily, GuiShi E-commerce Co., Ltd, Hynbase, YOUDE, MiCoolker, Emily Boutique, The World of Queenie Wong a/k/a Queenie, Shop D'Oro, TianHengYi, YallFairy/YallFF, Noel Pullman, NANRUI Trading, Honesty & Reliable store, and Asm's Bag Store, John and Jane Does, AND XYZ COMPANIES, <br><br> Defendants. | **18 CV 8333** <br><br> CASE NO. _____ |

**PLAINTIFF KIPLING APPAREL CORP.'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, ORDER GRANTING SERVICE BY EMAIL AND ORDER TO SHOW CAUSE FOR <u>PRELIMINARY INJUNCTION</u>**

Plaintiff Kipling Apparel Corp. ("Kipling") seeks the *ex parte* entry of: (1) an Order temporarily restraining Defendants BOADING BAIGOU XINCHENG YOUNUO TRADING CO., LTD, Shenzhen XinYu Innovation Technology Ltd., TRAVISTAR, TINY CHOU, Shenzhen Fancier Industrial Co., Ltd. (d/b/a Fansela), Bagtopia, KESEE, Melord, Baisite Mall, Degohome, ITESOON, Big Mango, CHUANGLI, Cloth Shake, Dijinghao Shop a/k/a DJHbuy, Eaglebeky, Ecolaki, Edfamily, GuiShi E-commerce Co., Ltd, Hynbase, YOUDE, MiCoolker, Emily Boutique, The World of Queenie Wong a/k/a Queenie, Shop D'Oro, TianHengYi,

1

YallFairy/YallFF, Noel Pullman, NANRUI Trading, Honesty & Reliable store, and Asm's Bag Store, John and Jane Does, AND XYZ COMPANIES (collectively, "Defendants") from offering for sale their Infringing Products or otherwise infringing Kipling Trade Dress or Kipling Logo Marks; (2) an Order authorizing expedited discovery; (3) an Order authorizing service of process by electronic mail; and (4) an Order to show cause for preliminary injunction in an action arising out of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125; N.Y. Gen. Bus. 349 (McKinney); and New York common law. A Memorandum of Law in Support is being filed concurrently herewith.

Dated: September 13, 2018

Respectfully submitted,

By: _____
Susan M. Kayser, NY Bar # 1892231

K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536.3900
Facsimile: (212) 536.3901
Susan.Kayser@klgates.com

Christopher J. Fahy (*pro hac vice application pending*)
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4324
Facsimile: (312) 827-8000
Christopher.Fahy@klgates.com

*Attorneys for Kipling Apparel Corp.*