USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIPLING APPAREL CORP.,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**BOADING BAIGOU XINCHENG YOUNUO TRADING CO., LTD, ET AL.,**<br><br>                              **Defendants.** | **18-cv-8333 (ALC)**<br><br>**<u>ORDER OF DISMISSAL</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the Court's Order granting Plaintiff's motion for entry of default and permanent injunction, ECF No. 42, the Clerk is respectfully directed to close this case.

**SO ORDERED.**

**Dated:**     **September 18, 2020**
            **New York, New York**

*/s/ Andrew L. Carter*
_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**